UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN JONES, *et al.*,

    Plaintiffs,

v.

CITY OF BURTON, *et al.*,

    Defendants.
_____/

Case No. 23-cv-12272

Hon. Matthew F. Leitman

BRIAN ROSS,

    Plaintiff,

v.

FARAH GLASSTETTER, *et al.*,

    Defendants.
_____/

Case No. 23-cv-12754

Hon. Matthew F. Leitman

## ORDER FOR MEDIATION AND ADMINISTRATIVELY TERMINATING MOTIONS WITHOUT PREJUDICE

On June 20, 2025, and June 27, 2025, the Court held on-the-record status conferences in the above-captioned actions. As discussed during those status conferences, the Court concludes that the best path forward in these cases is for the parties to participate in a global mediation before the Honorable Victoria A. Roberts

1

(Ret.). The Court therefore **ORDERS** the parties in both cases to participate in such a mediation.

The Court recognizes that prior to the mediation, the parties in the *Ross v. Glasstetter* action need to complete a 90-day period of discovery that the Court previously authorized. Accordingly, once the parties in the *Ross* action have completed that discovery, the Court directs the attorneys for Plaintiffs in both cases to jointly take the lead on contacting Judge Roberts and scheduling the global mediation at a time that is mutually convenient for all parties and Judge Roberts. An individual with **full settlement authority** for each party – including, if necessary, a representative from any third-party insurer providing coverage to the Defendants – shall attend the mediation.

Finally, in light of the mediation, the Court will administratively **TERMINATE**, without prejudice, the motions for summary judgment that are currently pending in the *Jones v. City of Burton* action (ECF Nos. 29, 30). The Court will reinstate those motions, if necessary, if these cases do not settle following the global mediation before Judge Roberts. There shall be no additional filings in either case until further order of the Court following the mediation.

**IT IS SO ORDERED**.

Dated:  July 7, 2025

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
